UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIMMY HEM,<br>  Plaintiff,<br><br>v.<br><br>CHELSEA DISTRICT COURT,<br>  Defendant. | Civil Action No.<br>19-11873-IT |

**ORDER**

**TALWANI, D.J.**

On September 3, 2019, Timothy Hem ("Hem"), an inmate in custody at the Suffolk County House of Correction, filed a *pro se* Complaint [#1] accompanied by a Motion to Appoint Counsel [#2] and an Application to Proceed Without Prepayment of Fees [#3].

The Court's records indicate that Hem has an earlier-filed action pending against the same defendant. See Hem v. Chelsea District Court, C.A. No. 19-11643-NMG (filed Jul. 29, 2019). A comparison of the complaint in this action with the complaint in the earlier action reveals that the pleadings are identical. Under the prior-pending-action doctrine, "the pendency of a prior action, in a court of competent jurisdiction, between the same parties, predicated upon the same cause of action and growing out of the same transaction, and in which identical relief is sought, constitutes good ground for abatement of the later suit." O'Reilly v. Curtis Pub. Co., 31 F. Supp. 364, 364-65 (D. Mass. 1940).

Here, the Court finds that it would be in the interest of judicial efficiency to have Hem's claims resolved in the first-filed action. The Court finds that the instant action and the earlier action are sufficiently analogous to support the dismissal of this case pursuant to the prior-

pending-action doctrine, and accordingly, this action will be dismissed pursuant to the Court's inherent power to control its docket.

The Court's Memorandum and Order [#5] dated September 20, 2019, was issued before the Court recognized that two separate actions had been filed, and is hereby vacated. In vacating this order, the Court also revokes its previous assessment of the filing fee for this action pursuant to 28 U.S.C. § 1915(b)(1), § 1915(b)(2). The Clerk will be directed to send copies of this Order to the Treasurer's Office at the Suffolk County House of Correction.

Based upon the foregoing, it is it is hereby ORDERED that

1. The Memorandum and Order [#5] is vacated and the Court REVOKES its previous assessment of the filing fee for this action.

2. This action is DISMISSED as duplicative of Hem v. Chelsea District Court, C.A. No. 19-11643-NMG (pending).

3. The Clerk shall send a copy of this Order to the Treasurer's Office at the Suffolk County House of Correction and the Court shall return to Hem any funds collected towards the filing fee for the instant action.

4. The Clerk shall enter a separate order of dismissal.

**So ordered.**

/s/ Indira Talwani
United States District Judge

Dated: October 17, 2019