Change of address - (for Now)

FILED IN CLERKS OFFICE
2021 JAN 14 AM 11:23
U.S. DISTRICT COURT
DISTRICT OF MASS

I am writing to inform you that I, Timmy Hem is currently incarcerated at (20 Manning Ave, Middleton, MA 01949) until my pre-trial hearing on February 4th 2021 which i will ask for a speedy trial. But i am writing to ya'll concerned about my lawsuit case that is pending and also about the money that is still owed to me. Just wanted to know whats been going on about both of those situation and if the judge looked into it yet? Reach back to me at this address for now until further notice of any address changes.